# United States Court of Appeals

## For the First Circuit

Nos. 13-2343
     13-2344
     13-2350

UNITED STATES OF AMERICA,

Appellee,

v.

CARMEN SOTO; PEDRO SOTO; and STEVEN SOTO,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on August 25, 2015, is amended as follows:

On page 26, line 18, change "parents" to "parents'"

On page 31, lines 29-30, change "any enumerated felony violation enumerated in subsection (c)" to "any felony violation enumerated in subsection (c)"

On page 34, line 21, change "views" to "view"

On page 54, line 1, underline Nebraska